**Opinion issued July 15, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00443-CV

———————————

## IN RE CAO LA, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus[1]

———————————

## MEMORANDUM OPINION

Relator, Cao La, seeks a writ of mandamus compelling the clerk of the trial court, Stan Stanart, to accept for filing a Motion for New Trial which was transmitted by La's service provider to the County Clerk of Harris County on April 25, 2014.

---

[1] The underlying case is *Morrell Masonry Supply, Inc. v. Cao La*, in the Harris County Civil Court at Law No. 1, cause number 997475.

We **deny** relator's petition for writ of mandamus. All outstanding motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.